# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SCOTT B WINTERS
LYNN M WINTERS      Case No. 13-11354TPA
        Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,      Chapter 13
        Movant
        vs.      Document No __
US BANK NA
        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 8541.

Regular mortgage payments are currently being directed to the following creditor at the following address:

US BANK NA
C/O JPMORGAN CHASE BANK NA
3415 VISION DR
OH-7133
COLUMBUS,OH 43219

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY UT 84165

8541

The Chapter 13 Trustee's CID Records of US BANK NA have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 3/13/2017.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
SCOTT B WINTERS, LYNN M WINTERS, 139 BENNETT ROAD, SAINT MARYS, PA  15857

ORIGINAL CREDITOR:
US BANK NA, C/O JPMORGAN CHASE BANK NA, 3415 VISION DR, OH-7133, COLUMBUS, OH  43219

:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY UT 84165

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658

ORIGINAL CREDITOR'S COUNSEL:
ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106