# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 13-11354-TPA |
| Scott B. Winters and | : |
| Lynn M. Winters, | : Chapter 13 |
| Debtors | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 2nd day of August, 2017, a true and correct copy of the Order dated July 31, 2017, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> HORIZON TECHNOLOGIES, INC.
> VERIZON TECHNOLOGIES
> 293 BATTERY STREET
> ST MARYS, PA 15857
>
> SCOTT B. WINTERS
> LYNN M. WINTERS
> 139 BENNETT ROAD
> SAINT MARYS, PA 15857

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: August 2, 2017

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors