**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 13-11354-TPA |
| Scott B. Winters and | : | |
| Lynn M. Winters, | : | Chapter 13 |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED JULY 28, 2017**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 2nd day of August, 2017, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated July 28, 2017, the Amended Chapter 13 Plan dated July 28, 2017, along with a copy of the Order dated July 31, 2017, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: August 2, 2017

Respectfully submitted,
__/s/ Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 13-11354-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Mar 15 13:50:44 EDT 2016 | JPMorgan Chase Bank, N.A.<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1155 |
| Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144-3672 | Aaron's SALO Lockbox<br>P.O. Box 102746<br>Atlanta, GA 30368-2746 | Aas Debt Recovery Inc<br>Po Box 129<br>Monroeville, PA 15146-0129 |
| Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | Ally Financial f/k/a GMAC<br>c/o Ally Servicing LLC<br>P O Box 130424<br>Roseville, MN 55113-0004 | Ally Financial serviced by Ally Servicing Ll<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090-2036 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CKS Financial, LLC<br>P.O. Box 2856<br>Chesapeake, VA 23327-2856 |
| Capital One Bank, N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Central Portfolio Control<br>6640 Shady Oak Road #300<br>Eden Prairie, MN 55344-7710 | Chase Home Mortgage<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 |
| Cks Financial<br>505 Independence Pkwy St<br>Chesapeake, VA 23320-5178 | EBI-Patient Pays<br>Lockbox # 8506<br>P.O. Box 8500<br>Philadelphia, PA 19178-8500 | ECS<br>1616-102 W Cape Coral Pkwy.<br>Cape Coral, FL 33914-8911 |
| Elk Regional Health Center<br>Attn: Cashier<br>763 Johnsonburg Road<br>Saint Marys, PA 15857-3498 | Elk Regional Physicians Group<br>763 Johnsonburg Road<br>Saint Marys, PA 15857-3498 | First Bank of Delaware<br>1000 Rocky Run Parkway<br>Wilmington, DE 19803-1455 |
| First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 | G M A C<br>Po Box 535160<br>Pittsburgh, PA 15253-5160 | GMAC<br>P.O. Box 380903<br>Minneapolis, MN 55438-0903 |
| Goggins & Lavintman, P.A.<br>Attorneys at Law<br>1295 Northland Drive, Suite 270<br>Mendota Heights, MN 55120-1373 | Holiday Financial Serv<br>89 W Main St<br>Ridgway, PA 15853-1633 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| I.C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64437<br>Saint Paul, MN 55164-0437 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kutsel Auto Dealers<br>1436 Behringer Highway<br>Du Bois, PA 15801-5228 |

| | | |
|---|---|---|
| Kutsel's 322 Auto Sales<br>1436 Behringer Highway<br>DuBois, PA 15801-5228 | L.J. Ross Associates, Inc.<br>P.O. Box 6099<br>Jackson, MI 49204-6099 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Natcreadj<br>327 W 4th St<br>Hutchinson, KS 67501-4842 | National Fuel<br>P.O. Box 2081<br>Erie, PA 16512-2081 | (p)NATIONAL FUEL GAS DISTRIBUTION CORPORATION<br>ATTN BANKRUPTCY DEPT<br>6363 MAIN STREET<br>WILLIAMSVILLE NY 14221-5887 |
| Northland Group Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | Northwest Consumer Discount Company<br>16 N 2nd Street<br>P.O. Box 432<br>Clearfield, PA 16830-0432 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104-3425 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | R & R Radiology LLC<br>P.O. Box 129<br>Clearfield, PA 16830-0129 |
| Security Credit System<br>622 Main St Ste 301<br>Buffalo, NY 14202-1929 | Sunrise Credit Services, Inc.<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | TD BANK USA, N.A.<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| U.S. Bank National Association, as Indenture<br>3415 Vision Drive<br>OH4-7133<br>Columbus, OH 43219-6009 | United Recovery Systems<br>P.O. Box 722929<br>Houston, TX 77272-2929 | Vince Enterprises<br>P.O. Box 681282<br>Kansas City, MO 64168-1282 |
| West Penn Power<br>1310 Fairmont Ave<br>Fairmont, WV 26554-3526 | West Penn Power<br>P.O. Box 3615<br>Akron, OH 44309-3615 | Women's Health Services<br>761 Johnsonburg Road<br>Suite 140<br>Saint Marys, PA 15857-3480 |
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Lynn M Winters<br>139 Bennett Road<br>Saint Marys, PA 15857-3501 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Scott B Winters<br>139 Bennett Road<br>Saint Marys, PA 15857-3501 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Jefferson Capital Systems LLC | National Fuel | Portfolio Recovery Associates, LLC |
| PO BOX 7999 | P.O. Box 4103 | P.O. Box 12914 |
| SAINT CLOUD MN 56302-9617 | Buffalo, NY 14264 | Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association, as Indentu

End of Label Matrix
Mailable recipients   54
Bypassed recipients    1
Total                 55