# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 13-11354-TPA
**Scott B. Winters and** :
**Lynn M. Winters,** : Chapter 13
      **Debtors** :
:
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of September, 2017, a true and correct copy of the Order dated September 21, 2017, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    HORIZON TECHNOLOGIES, INC.
    VERIZON TECHNOLOGIES
    293 BATTERY STREET
    ST MARYS, PA 15857

    SCOTT B. WINTERS
    LYNN M. WINTERS
    139 BENNETT ROAD
    SAINT MARYS, PA 15857

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 22, 2017

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors