**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SCOTT B WINTERS<br>LYNN M WINTERS<br>  Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>  Movant<br>vs.<br>US BANK NA<br>  Respondents | Case No. 13-11354TPA<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to SELECT PORTFOLIO SERVICING . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov  under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court.
THE TRUSTEES OFFICE WAS IN RECEIPT OF A LETTER DATED 3/8/17 FROM CHASE DETAILING THAT DEBTORS MORTGAGE HAS BEEN TRANSFERRED TO SELECT PORTFOLIO SERVICING. THIS DEBT HAS BEEN ON RESERVE SINCE WITH PRINCIPAL DUE AND OWING. THIS IS THE 2ND REQUEST FOR A PROOF OF ASSIGNMENT.

US BANK NA
C/O JPMORGAN CHASE BANK NA
3415 VISION DR
OH-7133
COLUMBUS, OH 43219

Court claim# 15/Trustee CID# 1

The Movant further certifies that on 08/08/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
SCOTT B WINTERS, LYNN M WINTERS, 139 BENNETT ROAD, SAINT MARYS, PA  15857

ORIGINAL CREDITOR:
US BANK NA, C/O JPMORGAN CHASE BANK NA, 3415 VISION DR, OH-7133, COLUMBUS, OH  43219

:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
SELECT PORTFOLIO SERVICING
ATTN GENERAL CORRESPONDENCE
PO BOX 65250
SALT LAKE CITY, UTAH 84165-0250

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658

ORIGINAL CREDITOR'S COUNSEL:
ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106