SCOTT B WINTERS            13-11354TPA

| | |
|---|---|
| IC SYSTEM INC<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | PENN CREDIT CORP<br>POB 988*<br>HARRISBURG, PA  17108 |
| NATIONAL FUEL GAS DISTRIB CORP<br>POB 2081<br>ERIE, PA  16512 | WOMEN'S HEALTH SERVICES<br>107 6TH ST., FULTON BLDG.<br>PITTSBURGH, PA  15222 |
| GOGGINS & LAVINTMAN PA++<br>1450 COMMERCE DRIVE<br>MENDOTA HEIGHTS, MN  55120-1025 | R & R RADIOLOGY<br>POB 129<br>CLEARFIELD, PA  16830 |
| NATIONAL CREDIT ADJUSTMENT<br>327 W 4TH AVE<br>HUTCHINSON, KS  67501 | ELK REGIONAL HEALTH CTR<br>763 JOHNSONBURG RD<br>SAINT MARYS, PA  15857 |
| EBI MEDICAL SYSTEMS<br>POB 8500 41335<br>PHILADELPHIA, PA  19178 | SECURITY CREDIT SYSTEMS*<br>622 MAIN ST STE 301<br>BUFFALO, NY  14202 |
| GMAC*<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br>PHOENIX, AZ  85062 | JEFFERSON CAPITAL SYSTEMS LLC**<br>NOTICES ONLY<br>POB 7999<br>ST CLOUD, MN  56302-9617 |
| LVNV FUNDING LLC, ASSIGNEE<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | PRA/PORTFOLIO RECOVERY ASSOC<br>POB 12914<br>NORFOLK, VA  23541 |
| AAS DEBT RECOVERY INC/AMERICAN<br>ADJUSTMENT SERVICE<br>POB 129*<br>MONROEVILLE, PA  15146 | AARONS SALES AND LEASES<br>POB 102746<br>ATLANTA, GA  30368 |
| CLERK, U S BANKRUPTCY COURT<br>CUSTODIAN OF UNCLAIMED FUNDS<br>17 S PARK ROW RM B-160<br>ERIE, PA  16501 | HOLIDAY FINANCIAL SERVICE<br>89 W MAIN ST<br>RIDGEWAY, PA  15853 |
| NORTHLAND GROUP INC.<br>PO BOX 390905<br>MINNEAPOLIS, MN  55439 | KENNETH P SEITZ ESQ<br>LAW OFFICES OF KENNY P SEITZ<br>POB 211<br>LIGONIER, PA  15658 |
| LAW OFFICES OF KENNETH P SEITZ<br>POB 211<br>LIGONIER, PA  15658 | US BANK NA<br>C/O JPMORGAN CHASE BANK NA<br>3415 VISION DR<br>OH-7133<br>COLUMBUS, OH  43219 |
| ANDREW F GORNALL ESQ<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | CKS FINANCIAL<br>PO BOX 2856<br>CHESAPEAKE, VA  23327 |
| CERASTES LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | ASSET ACCEPTANCE LLC ASSIGNEE<br>ALLTEL/WINDSTREAM<br>PO BOX 2036<br>WARREN, MI  48090 |

SCOTT B WINTERS            13-11354TPA
ASSET ACCEPTANCE LLC ASSIGNEE GE
CAPITAL
PO BOX 2036
WARREN, MI  48090

SCOTT B WINTERS
LYNN M WINTERS
139 BENNETT ROAD
SAINT MARYS, PA  15857

ECS
1616-102 W CAPE CORAL PKWY
CAPE CORAL, FL  33914

JEFFERSON CAPITAL SYSTEMS LLC*
PO BOX 772813
CHICAGO, IL  60677-2813

WEST PENN POWER*
ATTN BANKRUPTCY
5001 NASA BLVD
FAIRMONT, WV  26554

TD BANK USA NA**
C/O WEINSTEIN & RILEY PS
PO BOX 3978
SEATTLE, WA  98124

KUTSEL AUTO DEALERS
1436 BEHRING HIGHWAY
DU BOIS, PA  15801

ALLY FINANCIAL SERVICED BY ALLY
SERVICING LLC**
ATTN TRUSTEE PAYMENT CENTER
PO BOX 78367
PHOENIX, AZ  85062-8367

NORTHWEST CONSUMER DISCOUNT CO**
100 LIBERTY ST
PO BOX 337
WARREN, PA  16365