**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/21/2018

IN RE:

SCOTT B WINTERS
LYNN M WINTERS
139 BENNETT ROAD
SAINT MARYS,  PA  15857
XXX-XX-3038          Debtor(s)

XXX-XX-9854

Case No.13-11354 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/21/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **US BANK NA**<br>C/O JPMORGAN CHASE BANK NA<br>3415 VISION DR<br>OH-7133<br>COLUMBUS, OH  43219 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:15<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*1ST*BGN 12/13*LATE*TRFR $21408.21 UNCLMD-NO POS | CRED DESC:  MORTGAGE REGULAR PAYME[N]<br>ACCOUNT NO.: 8541 |
| **KUTSEL AUTO DEALERS**<br>1436 BEHRING HIGHWAY<br><br>DU BOIS, PA  15801 | Trustee Claim Number:2   INT %: 6.00%<br>Court Claim Number:16<br>CLAIM:  5,496.00<br>COMMENT:  $/PL-CL@6%@MDF/PL*W/3*LATE | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 1275 |
| **KUTSEL AUTO DEALERS**<br>1436 BEHRING HIGHWAY<br><br>DU BOIS, PA  15801 | Trustee Claim Number:3   INT %: 6.00%<br>Court Claim Number:16<br>CLAIM:  6,500.00<br>COMMENT:  $/PL-CL@6%@MDF/PL*W/2*LATE | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 1441 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:4   INT %: 4.50%<br>Court Claim Number:NC<br>CLAIM:  3,000.00<br>COMMENT:  $@4.5%@MDF/PL*2ND | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  1,193.45<br>COMMENT:  AARON'S/NCA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 964V |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FIRST COMMONWEALTH BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8538 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FIRST COMMONWEALTH BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0424 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FIRST COMMONWEALTH BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0449 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  1,556.81<br>COMMENT:  6078/SCH*FIRST BANK OF DE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3609 |
| **CKS FINANCIAL**<br>PO BOX 2856<br><br>CHESAPEAKE, VA  23327 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  568.77<br>COMMENT:  621590/SCH*CONTINENTAL FNC*NO POD*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3038 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **EBI MEDICAL SYSTEMS**<br>POB 8500 41335<br><br>PHILADELPHIA, PA  19178 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1811 |
| **ECS**<br>1616-102 W CAPE CORAL PKWY<br><br>CAPE CORAL, FL  33914 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  VINCE ENTERPRISES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8140 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0318 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7659 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0295 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0993 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3035 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3050 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7934 |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br><br>PHOENIX, AZ  85062 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8719 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ALLY FINANCIAL SERVICED BY ALLY SERVICIN**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  10,139.28<br>COMMENT:  DFNCY BAL*GMAC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0373 |
| **GOGGINS & LAVINTMAN PA++**<br>1450 COMMERCE DRIVE<br><br>MENDOTA HEIGHTS, MN  55120-1025 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*ELK REG HEALTH CNTR | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2321 |
| **HOLIDAY FINANCIAL SERVICE**<br>89 W MAIN ST<br><br>RIDGEWAY, PA  15853 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3708 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK REG PHYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4002 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK REGIONAL HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK REG PHYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JASON NEDZINSKI DM | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9001 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4002 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8002 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELK REG HEALTH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JAY L ARLICK DMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1001 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG PHYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8003 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG PHYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4239 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG PHYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4239 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK REG HEALTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8119 |

| Creditor | Trustee Claim | Credit Description |
|---|---|---|
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 2,280.05<br>COMMENT: 0885/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7083 |
| **NATIONAL CREDIT ADJUSTMENT**<br>327 W 4TH AVE<br>HUTCHINSON, KS 67501 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 964V |
| **NATIONAL FUEL GAS DISTRIB CORP**<br>POB 2081<br>ERIE, PA 16512 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,781.99<br>COMMENT: 1106/SCH*SVC THRU 11/26/13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8611 |
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br>MINNEAPOLIS, MN 55439 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST PREMIER BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3131 |
| **PENN CREDIT CORP**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WARREN GEN HOSP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8750 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9362 |
| **R & R RADIOLOGY**<br>POB 129<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0661 |
| **SECURITY CREDIT SYSTEMS***<br>622 MAIN ST STE 301<br>BUFFALO, NY 14202 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ZITO MEDIA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8749 |
| **ALLY FINANCIAL SERVICED BY ALLY SERVICIN**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 7,779.43<br>COMMENT: DFNCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6516 |
| **WOMEN'S HEALTH SERVICES**<br>107 6TH ST., FULTON BLDG.<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3380 |

| Creditor / Address | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 5,084.08<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0608 |
| **ASSET ACCEPTANCE LLC ASSIGNEE GE CAPIT**<br>PO BOX 2036<br>WARREN, MI 48090 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 701.41<br>COMMENT: NT/SCH\*LOWE'S\*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3194 |
| **ASSET ACCEPTANCE LLC ASSIGNEE ALLTEL/W**<br>PO BOX 2036<br>WARREN, MI 48090 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 372.65<br>COMMENT: NT/SCH\*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5003 |
| **US BANK NA**<br>C/O JPMORGAN CHASE BANK NA<br>3415 VISION DR<br>OH-7133<br>COLUMBUS, OH 43219 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 9,648.49<br>COMMENT: 18112/PL\*1ST\*THRU 11/13\*LATE\*TRFR $8461.51 UNCLMD - NO POA | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8541 |
| **AARONS SALES AND LEASES**<br>POB 102746<br>ATLANTA, GA 30368 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 0.00<br>COMMENT: SURR/CONF\*694.85/CL\*NT/SCH-PL\*W/67 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3038 |
| **AARONS SALES AND LEASES**<br>POB 102746<br>ATLANTA, GA 30368 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 569.98<br>COMMENT: NT/SCH\*W/66 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3038 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 508.45<br>COMMENT: NT/SCH\*FIRST BANK OF DE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3425 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:69  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 435.00<br>COMMENT: NT/SCH\*CASHWEBUSA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4102 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:70  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 535.66<br>COMMENT: NT/SCH\*FIRST PREMIER/ARROW FNCL\*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5564 |

| CLAIM RECORDS | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:71  INT %:  0.00% | CRED DESC:  Unclaimed Funds- Mortgage Pay |
| CUSTODIAN OF UNCLAIMED FUNDS | Court Claim Number:15 | ACCOUNT NO.:  US BANK NA |
| 17 S PARK ROW RM B-160 | | |
| | CLAIM:  21,408.21 | |
| ERIE, PA  16501 | COMMENT:  NO PROOF OF ASSIGNMENT FILED | |
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:72  INT %:  0.00% | CRED DESC:  Unclaimed Funds- Mortgage Arrea |
| CUSTODIAN OF UNCLAIMED FUNDS | Court Claim Number: | ACCOUNT NO.:  US BANK NA |
| 17 S PARK ROW RM B-160 | | |
| | CLAIM:  8,462.51 | |
| ERIE, PA  16501 | COMMENT:  NO PROOF OF ASSIGNMENT FILED | |