SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *        UC

2. Case Administrator

FROM:    Financial Administrator

DATE: 12/11/2018

CASE NAME: Scott B. & Lynn M. Winters

CASE NUMBER: 13-11354-TPA

Check Number 1099008 in the amount of $ 21,408.21 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 14975        Intake Clerk's Initials MG

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
12/07/2018

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OR

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501

Re: SCOTT B WINTERS
LYNN M WINTERS
Case No: 13-11354TPA

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Us Bank Na
C/O Jpmorgan Chase Bank Na
3415 Vision Dr
Oh-7133
Columbus, OH 43219

CHECK NUMBER 1099008    AMOUNT $21408.21

The disbursement(s) was returned to the Trustee for the following reason:

PROOF OF ASSIGNMENT NEEDED

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: KENNETH P SEITZ ESQ
SCOTT B WINTERS
LYNN M WINTERS
Us Bank Na