**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy No. 13-11354-TPA** |
| Scott B. Winters and | : | |
| Lynn M. Winters, | : | **Chapter 13** |
| Debtors | : | |
| | : | **Docket No. 145** |
| Scott B. Winters, | : | |
| Movant | : | |
| v. | : | |
| Horizon Technologies, Inc. | : | |
| Verizon Technologies | : | |
| 293 Battery Street | : | |
| St Marys, PA 15857 | : | |
| Respondent | : | |
| and | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-3038 | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION FOR ORDER TERMINATING WAGE ATTACHMENT**

TO THE RESPONDENT:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **January 7, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **Wednesday, January 30, 2019, at 11:00 AM** before Judge Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: <u>December 21, 2018</u>         Attorney for Movant:

/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814)536-7470