**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-11354-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott B Winters
139 Bennett Road
Saint Marys PA 15857

Lynn M Winters
139 Bennett Road
Saint Marys PA 15857

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 15: U.S. Bank National Association, as Indenture Trust, 3415 Vision Drive, OH4-7133, Columbus, OH 43219

Name and Address of Transferee:

SELECT PORTFOLIO SERVICING as Servicer
forU.S. Bank, Nat'l Assoc.,as Indenture
Trustee for the AFC Mortgage
Loan Asset Backed Notes, Series 2000-3
P.O. Box 65450; Salt Lake City, UT 84165

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/23/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                      Case No. 13-11354-TPA
Scott B Winters                                             Chapter 13
Lynn M Winters
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: culy              Page 1 of 1            Date Rcvd: Dec 21, 2018
                              Form ID: trc            Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
13846040        +U.S. Bank National Association, as Indenture Trust,   3415 Vision Drive,   OH4-7133,
                 Columbus, OH 43219-6009
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee,
           successor in interest to Bank  of America, National Association, as Indenture Trustee, successor
           by merger to LaSalle Bank National Association, a andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee,
           successor in interest to Bank  of America, National Association, as Indenture Trustee, successor
           by merger to LaSalle Bank National Association, a bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Indenture Trustee
           for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Lynn M Winters thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Scott B Winters thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 7
```