SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:     1. *Intake Clerk* *

          2. *Case Administrator*



FROM:    *Financial Administrator*

DATE: 3/4/2019

CASE NAME: Winters

CASE NUMBER: 13-11354-TPA

---

Check Number 110P551 in the amount of $ 1,022.52 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 15315       Intake Clerk's Initials MF

---

*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/28/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie,  PA  16501 |

Re: SCOTT B WINTERS
LYNN M WINTERS
Case No: 13-11354TPA

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Us Bank Na<br>
C/O Select Portfolio Srvcng Inc*<br>
Pob 65450*<br>
Salt Lake City,UT 84165

CHECK NUMBER 1108551     AMOUNT $1022.52

   The disbursement(s) was returned to the Trustee for the following reason:

NO PROOF OF ASSSIGNMENT FILED

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:KENNETH P SEITZ ESQ
SCOTT B WINTERS
LYNN M WINTERS
Us Bank Na