**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    SCOTT B WINTERS
    LYNN M WINTERS
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:13-11354 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/06/2013 and confirmed on 03/26/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,831.09 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,831.09 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,004.75 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,504.75 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK NA | 0.00 | 40,339.20 | 0.00 | 40,339.20 |
|     Acct: 1999 | | | | |
|   US BANK NA | 18,111.30 | 1,302.30 | 0.00 | 1,302.30 |
|     Acct: 1999 | | | | |
|   AARONS SALES AND LEASES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3038 | | | | |
|   KUTSEL AUTO DEALERS | 5,496.00 | 5,496.00 | 909.74 | 6,405.74 |
|     Acct: 1275 | | | | |
|   KUTSEL AUTO DEALERS | 6,500.00 | 6,500.00 | 1,075.92 | 7,575.92 |
|     Acct: 1441 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CO** | 3,000.00 | 3,000.00 | 370.40 | 3,370.40 |
|     Acct: | | | | |
| | | | | 58,993.56 |
| Priority | | | | |
|   KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT B WINTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 13-11354 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | LAW OFFICES OF KENNETH P SEITZ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXK NA | 21,408.21 | 21,408.21 | 0.00 | 21,408.21 |
| | CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXK NA | 8,462.51 | 8,462.51 | 0.00 | 8,462.51 |
| | CLERK, U S BANKRUPTCY COURT<br>Acct: XXXBANK | 1,022.52 | 1,022.52 | 0.00 | 1,022.52 |
| | | | | | 30,893.24 |
| Unsecured | | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 964V | 1,193.45 | 54.84 | 0.00 | 54.84 |
| | AAS DEBT RECOVERY INC/AMERICAN AD<br>Acct: 8538 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AAS DEBT RECOVERY INC/AMERICAN AD<br>Acct: 0424 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AAS DEBT RECOVERY INC/AMERICAN AD<br>Acct: 0449 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CERASTES LLC<br>Acct: 3609 | 1,556.81 | 71.54 | 0.00 | 71.54 |
| | CKS FINANCIAL<br>Acct: 3038 | 0.00 | 0.00 | 0.00 | 0.00 |
| | EBI MEDICAL SYSTEMS<br>Acct: 1811 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ECS++<br>Acct: 8140 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELK REGIONAL HEALTH CTR<br>Acct: 0318 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELK REGIONAL HEALTH CTR<br>Acct: 7659 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELK REGIONAL HEALTH CTR<br>Acct: 0295 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELK REGIONAL HEALTH CTR<br>Acct: 0993 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELK REGIONAL HEALTH CTR<br>Acct: 3035 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELK REGIONAL HEALTH CTR<br>Acct: 3050 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELK REGIONAL HEALTH CTR<br>Acct: 7934 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GMAC*<br>Acct: 8719 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLY FINANCIAL SERVICED BY ALLY SER<br>Acct: 0373 | 10,139.28 | 465.90 | 0.00 | 465.90 |
| | GOGGINS & LAVINTMAN PA++<br>Acct: 2321 | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOLIDAY FINANCIAL SERVICE<br>Acct: 3708 | 0.00 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC<br>Acct: 4002 | 0.00 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC<br>Acct: 8001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC<br>Acct: 7001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC<br>Acct: 5001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC<br>Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |

| 13-11354 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   IC SYSTEM INC<br>    Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 9001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 8001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 6001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 4002 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 6001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 4001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 9001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 8002 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 8001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 8001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 4001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 9001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 7001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 8003 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 4239 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 4239 | 0.00 | 0.00 | 0.00 | 0.00 |
|   IC SYSTEM INC<br>    Acct: 8119 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WEST PENN POWER*<br>    Acct: 7083 | 2,280.05 | 104.77 | 0.00 | 104.77 |
|   NATIONAL CREDIT ADJUSTMENT<br>    Acct: 964V | 0.00 | 0.00 | 0.00 | 0.00 |
|   NATIONAL FUEL GAS DISTRIB CORP<br>    Acct: 8611 | 1,781.99 | 81.88 | 0.00 | 81.88 |
|   NORTHLAND GROUP INC.<br>    Acct: 3131 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PENN CREDIT CORP<br>    Acct: 8750 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRA/PORTFOLIO RECOVERY ASSOC<br>    Acct: 9362 | 0.00 | 0.00 | 0.00 | 0.00 |
|   R & R RADIOLOGY<br>    Acct: 0661 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SECURITY CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |

| 13-11354 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 8749 | | | | |
| | ALLY FINANCIAL SERVICED BY ALLY SER\` | 7,779.43 | 357.46 | 0.00 | 357.46 |
| | Acct: 6516 | | | | |
| | WOMEN'S HEALTH SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3380 | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TD BANK USA NA** | 5,084.08 | 233.61 | 0.00 | 233.61 |
| | Acct: 0608 | | | | |
| | ASSET ACCEPTANCE LLC ASSIGNEE GE ( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3194 | | | | |
| | ASSET ACCEPTANCE LLC ASSIGNEE ALL\` | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5003 | | | | |
| | AARONS SALES AND LEASES | 569.98 | 26.19 | 0.00 | 26.19 |
| | Acct: 3038 | | | | |
| | CERASTES LLC | 508.45 | 23.36 | 0.00 | 23.36 |
| | Acct: 3425 | | | | |
| | CERASTES LLC | 435.00 | 19.99 | 0.00 | 19.99 |
| | Acct: 4102 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5564 | | | | |
| | | | | | 1,439.54 |

TOTAL PAID TO CREDITORS                                                                91,326.34

TOTAL CLAIMED
PRIORITY         30,893.24
SECURED          33,107.30
UNSECURED        31,328.52

Date: 03/07/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com