FILED
5/6/19 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Scott B. Winters<br>Lynn M. Winters<br>    Debtors<br><br>Select Portfolio Servicing, Inc., as servicer for U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3<br>    Movant<br> vs.<br><br>Scott B. Winters<br>Lynn M. Winters<br><br>  and<br><br>Ronda J. Winnecour<br>    Respondents | Case No. 13-11354-TPA<br><br>CHAPTER 13<br><br>Related to Document No. 178 |

### ORDER OF COURT

  AND NOW, this __6th__ day of _____May_____, 2019, upon consideration of the Motion to Disburse Unclaimed Funds Deposited in Clerk's Registry Account, it is hereby ORDERED that the Motion is granted, and the Clerk of the U.S. Bankruptcy Court for the Western District of Pennsylvania is hereby ordered to immediately disburse the funds deposited into the registry account in this case in the amount of $1,022.52 to Movant, Select Portfolio Servicing, Inc., as servicer for U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3, at its address at P.O. Box 65450, Salt Lake City, UT 84165-0450.

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-11354-TPA
Scott B Winters                                                        Chapter 13
Lynn M Winters
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1              Date Rcvd: May 06, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db/jdb         +Scott B Winters,    Lynn M Winters,    139 Bennett Road,   Saint Marys, PA 15857-3501
14967228        SELECT PORTFOLIO SERVICING as Servicer,    forU.S. Bank, Nat'l Assoc.,as Indenture,
                 Trustee for the AFC Mortgage,    Loan Asset Backed Notes, Series 2000-3,
                 P.O. Box 65450; Salt Lake City, UT 84165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank  of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, a andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee
               for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank  of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, a bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for U.S.
               Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes,
               Series 2000-3 bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Scott B Winters thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Lynn M Winters thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8